UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,                                        Case No: 22-cr-155 (MJD/ECW)


                 Plaintiff,


v.

                                                  ORDER OF PRELIMINARY
                                                  DETENTION PENDING HEARING
                                                  PURSUANT TO BAIL REFORM ACT

Qyiam Malik Mesidor (2),

                 Defendant,

_____


              Upon motion of the United States it is ORDERED that a detention/arraignment

hearing is set for July 28, 2022 at 3:30 p.m. before Magistrate Judge David T. Schultz via video

conference. Pending this hearing, the Defendant shall be held in custody by the United States

Marshal and produced for the hearing.


Dated: July 26, 2022                          *s/David T. Schultz*_____
                                              David T. Schultz
                                              U.S. Magistrate Judge


If not held immediately upon defendant's first appearance, the hearing may be continued for up
to three days upon motion of the Government, or up to five days upon motion of the defendant.
18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142 are present.
Subsection (1) sets forth the grounds that may be asserted only by the attorney for the
Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for
the Government or upon the judicial officer's own motion if there is a serious risk that the
defendant (a) will flee; or (b) will obstruct or attempt to obstruct justice, to threaten, injure, or
intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.